# EXHIBIT A

COPY

Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

SEP 21 2021

By_____, DEPUTY

Attorneys for Plaintiff
Darrion Wright

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| DARRION WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, and DOES 1 through 25,<br><br>Defendants. | CASE NO. CIV SB 2127527<br><br>COMPLAINT FOR DAMAGES FOR:<br><br>1. WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY;<br><br>2. VIOLATION OF CALIFORNIA LABOR CODE § 1102.5;<br><br>3. VIOLATION OF CALIFORNIA LABOR CODE § 6310.<br><br>Unlimited Civil<br>Demand for Jury Trial |

BY FAX

- 1 -
CIVIL COMPLAINT FOR DAMAGES

Darrion Wright (hereinafter referred to as "Wright") alleges as follows:

## GENERAL ALLEGATIONS

1. Wright at all relevant times hereinafter mentioned, was a resident of the County of San Bernardino, State of California, and was employed by Defendant the County of San Bernardino, State of California.

2. Wright is informed and believes, and thereon alleges, that Defendant Federal Express Corporation was at all relevant times hereinafter mentioned, a corporation operating within the jurisdiction of the above-entitled court.

3. The true names and capacities of Defendants sued as Does 1 through 25, inclusive, whether individual, corporate, associate or otherwise are unknown to Wright who is informed and believes, and thereon alleges, that these Doe Defendants, and each of them, are responsible in some manner and liable to Wright for the injuries and damages alleged herein. Wright will amend the Complaint to show their true names and capacities when they have been ascertained.

4. Wright is informed and believes, and thereon alleges, that each of the Defendants were the agents, employees and representatives of the other Defendants and in doing the things hereinafter alleged were in part, acting within the scope and authority of such relationship, and in part, acting outside the scope and authority of such relationship, and as such each is responsible and liable in some manner for the occurrences herein alleged and were approximate cause of Cochran's damages as herein alleged.

5. Venue is proper in this judicial district because the complained of conduct occurred in this judicial district.

6. Wright was hired in February 2020 and was employed by Defendant as a swing driver/courier. Wright made complaints to Defendant about unsafe working conditions and complaints about wages he was owed and was terminated shortly thereafter, on June 11, 2021.

## FIRST CAUSE OF ACTION
### Wrongful Termination in Violation of Public Policy

7. Wright re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 6, inclusive, as though fully set forth herein.

-2-
CIVIL COMPLAINT FOR DAMAGES

8. The public policy of the State of California, as expressed by the Legislature, the California Constitution, and the California Supreme Court, is to protect and safeguard the right and opportunity of all persons to seek, obtain, and hold employment without termination for complaints of unsafe working conditions and/or complaints of unpaid wages.

9. Defendant deliberately, intentionally, and wrongfully terminated Wright on or about June 11, 2021 without just cause or reason and on the improper and illegal basis of his reporting unsafe working conditions and/or complaints of his unpaid wages.

10. As a direct, foreseeable, and proximate result of Defendant's acts, Wright suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

11. Wright is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Wright, thus entitling Wright to recover punitive damages from Defendant in an amount according to proof at trial.

## SECOND CAUSE OF ACTION
### Violation of California Labor Code § 1102.5

12. Wright re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 11, inclusive, as though fully set forth herein.

13. *California Labor Code* § 1102.5 prohibits employers from retaliating against an employee for disclosing information, or because the employer believes that the employee disclosed or may disclose information, to a government or law enforcement agency to a person with authority over the employee or another employee who has the authority to investigate, discover, or correct the violation or noncompliance . . . if the employee has reasonable cause to believe that the information discloses a violation of state or federal statutes, or a violation of or noncompliance with local, state or federal rule or regulation.

14. Defendant deliberately, intentionally, and wrongfully terminated Wright on or about June 11, 2021 without just cause or reason and on the improper and illegal basis of his reporting unsafe working conditions and/or unpaid wages in violation of *California Labor Code §*

CIVIL COMPLAINT FOR DAMAGES

1102.5.

15. As a direct, foreseeable, and proximate result of Defendant's acts, Wright suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

16. Wright is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Wright, thus entitling Wright to recover punitive damages from Defendant in an amount according to proof at trial.

### THIRD CAUSE OF ACTION
### Violation of California Labor Code § 6310

17. Wright re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 16, inclusive, as though fully set forth herein.

18. *California Labor Code* § 6310 prohibits employers from discharging employees because the employee has made a bona fide oral or written complaint to the employer of unsafe working condition, or work practices.

19. Defendant deliberately, intentionally, and wrongfully terminated Wright on or about June 11, 2021, without just cause or reason and on the improper and illegal basis of his reporting unsafe working conditions in violation of *California Labor Code* § 6310.

20. As a direct, foreseeable, and proximate result of Defendant's acts, Wright suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

21. Wright is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Wright, thus entitling Wright to recover punitive damages from Defendant in an amount according to proof at trial.

### PRAYER FOR RELIEF

WHEREFORE, Wright prays for judgment against the Defendants as follows:

### ON THE FIRST CAUSE OF ACTION

1. Judgment against Defendants for general damages according to proof;
2. Judgment against Defendants for special damages according to proof;

3. Judgment against Defendants for punitive damages according to proof;
4. Judgment against Defendants for pre-judgment interests;

### ON THE SECOND CAUSE OF ACTION

5. Judgment against Defendants for general damages according to proof;
6. Judgment against Defendants for special damages according to proof;
7. Judgment against Defendants for punitive damages according to proof;
8. Judgment against Defendants for all civil penalties;
9. Judgment against Defendants for reasonable attorney's fees;
10. Judgment against Defendants for pre-judgment interests;

### ON THE THIRD CAUSE OF ACTION

11. Judgment against Defendants for general damages according to proof;
12. Judgment against Defendants for special damages according to proof;
13. Judgment against Defendants for punitive damages according to proof;
14. Judgment against Defendants for all civil penalties;
15. Judgment against Defendants for reasonable attorney's fees;
16. Judgment against Defendants for pre-judgment interests;

### ALL CAUSES OF ACTION

17. Judgment against Defendants for reasonable attorney's fees, provided by law;
18. Judgment against Defendants for pre-judgment interests;
19. Judgment against Defendants for costs of suit incurred herein; and
20. Judgment against Defendants for such further relief as the court deems just and proper.

//
//
//
//
//
//

CIVIL COMPLAINT FOR DAMAGES

## REQUEST FOR A JURY TRIAL

Plaintiff hereby demands a jury trial in this action.

Dated: September 9, 2021

Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorney for Plaintiff
Darrion Wright