# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION WRIGHT<br><br>PLAINTIFF(S),<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>21−9714<br><br><br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To:  All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Eastern_  Division.

    This case has been reassigned to case number  _5:21−cv−2101 JGB (SHKx)_  and has been assigned to  _Judge Jesus G. Bernal_  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Shashi H. Kewalramani_  for:

        X  any discovery and/or post-judgment matters that may be referred.

           for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _5:21−cv−2101 JGB (SHKx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number  _21−9714_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                            Clerk, U.S. District Court

                                                            By:  _/s/ Geneva Hunt_
                                                             _geneva_hunt@cacd.uscourts.gov_
                                                                Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*